Michael A. Patterson, OSB No. 7976
map@pattersonbuchanan.com
Keith A. Talbot, admitted pro hac vice
kat@pattersonbuchanan.com
Daniel P. Crowner, admitted pro hac vice
dpc@pattersonbuchanan.com
PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
1001 SW Fifth Avenue, 11th Floor
Portland, OR 97204
Telephone 503.200.5400
Fax 503.200.5401

Luke W. Goodrich, admitted pro hac vice
lgoodrich@becketfund.org
Stephanie H. Barclay, admitted pro hac vice
sbarclay@becketfund.org
THE BECKET FUND FOR RELIGIOUS LIBERTY
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone 202.955.0095

James J. Nicita, OSB No. 024068
James.Nicita@gmail.com
302 Bluff Street
Oregon City, OR 97045
Telephone 503.799.0725

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **HEREDITARY CHIEF WILBUR SLOCKISH, a resident of Washington, and an enrolled member of the Confederated Tribes and Bands of the Yakama Nation,** | Case No. 3:08-cv-1169-ST<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br>**Request for Oral Argument** |

| | |
|---|---|
| **HEREDITARY CHIEF JOHNNY JACKSON**, a resident of Washington, and an enrolled member of the Confederated Tribes and Bands of the Yakama Nation, | |
| **CAROL LOGAN**, a resident of Oregon, and an enrolled member of the Confederated Tribes of Grande Ronde, | |
| **CASCADE GEOGRAPHIC SOCIETY**, an Oregon nonprofit corporation, | |
| and | |
| **MOUNT HOOD SACRED LANDS PRESERVATION ALLIANCE**, an unincorporated nonprofit association, | |
|       **Plaintiffs,** | |
|            v. | |
| **UNITED STATES FEDERAL HIGHWAY ADMINISTRATION**, an Agency of the Federal Government, | |
| **UNITED STATES BUREAU OF LAND MANAGEMENT**, an Agency of the Federal Government, | |
|       and | |
| **ADVISORY COUNCIL ON HISTORIC PRESERVATION**, an Agency of the Federal Government. | |
|       **Defendants.** | |

## LOCAL RULE 7.1 CERTIFICATION

Under Local Rule ("LR") 7-1(a), Plaintiffs Hereditary Chief Wilbur Slockish, Hereditary Chief Johnny Jackson, Carol Logan, Cascade Geographic Society, and Mount Hood Sacred Lands Preservation Alliance ("the Plaintiffs"), by and through their undersigned counsel, contacted Defendants United States Federal Highway Administration, United States Bureau of Land Management, and Advisory Council on Historic Preservation ("the Government"), by and through their counsel, Reuben Schifman, and made a good faith effort to resolve the dispute over this motion, but have been unable to do so.

## MOTION

On March 13, 2017, this Court entered a Scheduling Order setting a deadline of May 16, 2017, for the Government "to file [a] dispositive motion on *jurisdictional grounds*." ECF 285 (emphasis added), 286. On May 16, 2017, the Government filed a motion for partial summary judgment based on one jurisdictional ground: standing. ECF 287 at 25-29. But it also sought partial summary judgment on two merits grounds (*id.* at 14-25, 29-31): (1) the doctrine of laches, which is a "non-jurisdictional timeliness defense[]," *Dixon v. McDonald*, 815 F.3d 799, 804 (Fed. Cir. 2016), and (2) the question of "substantial burden" under the Religious Freedom Restoration Act (RFRA), which is a question "on the merits." *S. Fork Band Council Of W. Shoshone Of Nevada v. U.S. Dep't of Interior*, 588 F.3d 718, 723 (9th Cir. 2009).

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56, Plaintiffs now respectfully move this Court for partial summary judgment on the "substantial burden" part of their claim under the Religious Freedom Restoration Act (RFRA). *See*

*Plaintiffs' Motion for Partial Summary Judgment* – 1

Fed. R. Civ. P. 56(a) ("A party may move for summary judgment … [on] part of [a] claim"); ECF 223 at 35-37 (Fourth Amended Complaint). There is no material dispute of fact on this issue, and Plaintiffs have established as a matter of law that Defendants have "substantially burden[ed]" their religious exercise. 42 U.S.C. § 2000bb-1(a).

## MEMORANDUM

In support of this Motion, Plaintiffs' incorporate by reference their Response to Defendants' Motion for Partial Summary Judgment and the exhibits thereto, ECF 292, which set forth in detail the facts and arguments supporting the "substantial burden" part of Plaintiffs' RFRA claim.

## CONCLUSION

Plaintiffs' motion for partial summary judgment should be granted, and the Government's motion for partial summary judgment should be denied.

Respectfully submitted.

/s/ Michael A. Patterson
Michael A. Patterson, OSB No. 7976
Keith A. Talbot, Pro Hac Vice
Daniel P. Crowner, Pro Hac Vice
Patterson Buchanan Fobes & Leitch, Inc., P.S.
1001 SW Fifth Avenue, 11th Floor
Portland, OR  97204

Luke W. Goodrich, Pro Hac Vice
Stephanie H. Barclay, Pro Hac Vice
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW
Suite 700
Washington, DC 20036

James J. Nicita, OSB No. 024068
302 Bluff Street
Oregon City, OR 97045

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 7, 2017, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

August 7, 2017                              /s/ Luke W. Goodrich
                                            Luke W. Goodrich
                                            *Attorney for Plaintiffs*