UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILBUR SLOCKISH, Hereditary Chief of the Klickitat/Cascade Tribe; CAROL LOGAN, a resident of Oregon, and an enrolled member of the Confederated Tribes of the Grand Ronde; CASCADE GEOGRAPHIC SOCIETY, an Oregon nonprofit corporation; MOUNT HOOD SACRED LANDS PRESERVATION ALLIANCE, an unincorporated nonprofit association,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>U.S. DEPARTMENT OF TRANSPORTATION; FEDERAL HIGHWAY ADMINISTRATION, an Agency of the Federal Government; U.S. DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT, an Agency of the Federal Government; ADVISORY COUNCIL ON HISTORIC PRESERVATION, an Agency of the Federal Government,<br><br>        Defendants-Appellees. | No. 21-35220<br><br>D.C. No. 3:08-cv-01169-YY<br>District of Oregon, Portland<br><br>ORDER |

Before: SCHROEDER, W. FLETCHER, and MILLER, Circuit Judges.

Defendants are directed to file a response to Plaintiffs' Petition for Panel Rehearing and Rehearing En Banc (Dkt. No. 75), filed with this court on February

9, 2022. The response shall not exceed fifteen (15) pages or 4,200 words and shall be filed within twenty-one (21) days of the date of this order.