# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 5, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Wilbur Slockish, et al.
            v. Department of Transportation, et al.
           No. 22-321
           (Your No. 21-35220)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on October 3, 2022 and placed on the docket October 5, 2022 as No. 22-321.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Emily Walker
                              Case Analyst